UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRON T. JACKSON,<br><br>　　　　　　　Plaintiff,<br><br>*vs.*<br><br>ROEATHEA BUTLER, EXECUTIVE DIRECTOR FAMILY PRESERVATION SERVICES OF D.C.,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO.<br><br>NOTICE OF REMOVAL |

TO:　THE HONORABLE JUDGES OF THE
　　　UNITED STATES DISTRICT COURT
　　　FOR THE DISTRICT OF COLUMBIA

　　　Defendant, Roeathea Butler (hereinafter "Defendant"), by and through her attorneys, Greenberg Traurig LLP, respectfully says:

　　　1.　Plaintiff, Tyron T. Jackson, commenced this action on July 7, 2017, by filing a Complaint in the Superior Court of the District of Columbia, entitled, <u>Tyron T. Jackson, 4451 Telfair Blvd., Apartment 1019, Camp Springs, Maryland 20746 v. Roeathea Butler, Executive Director, Family Preservation Services of D.C., 3341 Benning Road, N.E., Washington, D.C. 20019</u>, Case No. 2017 CA 004657 B. Said action is now pending in that Court.

　　　2.　Defendant received her first notice of the Complaint on or about July 11, 2017, when she was served with a copy of the Summons and Complaint via Certified Mail.

　　　3.　A copy of each of the foregoing papers, which constitute all of the processes and pleadings to date, are annexed hereto as Exhibit A.

4. The above-captioned action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331 and §1337, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441, in that:

(a) Plaintiff's Complaint is based on allegations that Defendant violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000(e) *et seq*. (Complaint attachment, un-numbered introductory paragraph)

(b) This Court has original jurisdiction over the above-captioned action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000(e) *et seq*., which may properly be removed to this Court pursuant to 28 U.S.C. §1441.

(c) This Court has pendent jurisdiction over plaintiff's state law and common law claims, if any, pursuant to 28 U.S.C. §1367.

5. All named defendants have been contacted and consent to this application for Removal.

6. This Notice of Removal is filed within the time provided by 28 U.S.C. §1446(b) and the Federal Rules of Civil Procedure.

7. Upon filing of this Notice of Removal, Defendant shall give written notice thereof to Tyron T. Jackson, *pro se*, and shall file copies of said Notice of Removal with the Clerk, Superior Court of the District of Columbia.

8. By filing this notice, Defendant does not waive any defenses which may be available to her, including, but not limited to, insufficiency of process and insufficient service of process.

WHEREFORE, Defendant, Roeathea Butler, removes the above-captioned action now pending against her in the Superior Court of the District of Columbia, to the United States District Court for the District of Columbia, wherein it shall proceed as an action originally commenced therein.

Dated:  August 11, 2017

Respectfully submitted,

By: /s/     Johnine P. Barnes
Johnine P. Barnes, Esq. (DC Bar No. 464810)
Shareholder
GREENBERG TRAURIG LLP
2101 L Street, NW, Suite 1000
Washington, DC  20037
Tel. (202) 331-3100
Fax. (202) 331-3101
E-mail: barnesj@gtlaw.com

Of Counsel:

Robert H. Bernstein, Esq.
Shareholder
GREENBERG TRAURIG LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel. (973) 360-7900
Fax. (973) 295-1362
E-mail: bernsteinrob@gtlaw.com

Attorneys for Defendant
Roeathea Butler

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this date I caused a copy of the foregoing Notice of Removal and Civil Cover Sheet, to be served upon plaintiff, *pro se*, via UPS overnight delivery and regular mail, to Tyron T. Jackson, 4451 Telfair Blvd., Apartment 1019, Camp Springs, Maryland 20746. I also caused a copy of the foregoing document to be served via UPS overnight delivery to the Clerk, Superior Court of the District of Columbia.

*/s/ Raymond Lee*
Raymond Lee

Dated: August 11, 2017